RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RON SUNG
Assistant Federal Public Defender
Nevada State Bar No. 13047
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ron_Sung@fd.org

Attorney for Nicholas Victor Principe

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS VICTOR PRINCIPE,<br><br>Defendant. | Case No. 2:21-mj-01036-BNW<br><br>**STIPULATION TO AMEND COUNT ONE AND CLOSE CASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, United States Attorney, and Angelica Marmorstein, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Ron Sung, Assistant Federal Public Defender, counsel for Nicholas Principe, that the case be closed.

This Stipulation is entered into for the following reasons:

1. On December 16, 2021, Mr. Principe was charged in a two-count Complaint with (1) Operating a Motor Vehicle while Under the Influence of

Alcohol, (2) Operating a Motor Vehicle with a BAC of 0.08 Grams and Higher, and (3) Golf Cart Operations. ECF No. 1.

2. On February 23, 2022, Mr. Principe entered into a Petty Offense Plea Agreement with the government in which he agreed to plead guilty to Count One of the Complaint, Operating a Motor Vehicle while Under the Influence of Alcohol. ECF No. 10 at 1. The government agreed to dismiss Count Two, Operating a Motor Vehicle with a BAC of 0.08 Grams and Higher, and Count Three, Golf Cart Operations. *Id.* at 1-2.

3. The parties jointly agreed to recommend Mr. Principe be sentenced to unsupervised probation for one year, with the following special conditions: (i) pay a $500 fine and a mandatory $10 penalty assessment; (ii) attend and complete the Lower Court Counseling's DUI course and Victim Impact Panel; (iii) complete an 8-hour online alcohol awareness course; (iv) not return to Lake Mead for 6 months; and (v) not violate any local, state, or federal laws. ECF No. 10 at 2-3.

4. The parties further agreed that, if, after 6 months of unsupervised probation, Mr. Principe successfully completed special conditions (i), (ii), and (iii), and (iv), they would move to withdraw his guilty plea to Count One and the government would move to amend Count One to Reckless Driving, allow Mr. Principe to plead guilty to Reckless Driving, and apply the original sentence to the Reckless Driving conviction. ECF No. 10 at 3.

5. On February 23, 2022, this Court sentenced Mr. Principe pursuant to the plea agreement. ECF No. 11.

6. This Court ordered the parties to file a Proposed Stipulation by August 23, 2022, indicating that Mr. Principe has completed all outstanding sentencing obligations. ECF No. 11.

7. Mr. Principe has successfully completed conditions (i), (ii), (iii), and (iv). Accordingly, the parties jointly request Count One to be amended to Reckless Driving and for the case to be closed.

DATED: August 23, 2022.

RENE L. VALLADARES  
Federal Public Defender

By /s/ Ron Sung  
RON SUNG  
Assistant Federal Public Defender

JASON FRIERSON  
United States Attorney

By /s/ Angelica Marmorstein  
ANGELICA MARMORSTEIN  
Assistant United States Attorney

**ORDER**  
**IT IS SO ORDERED**

**DATED:** 2:58 pm, August 24, 2022

**BRENDA WEKSLER**  
**UNITED STATES MAGISTRATE JUDGE**